MERRILL A. YARBROUGH and CHARLES P. CARSON, v. H. LES-
LIE QUIGG, as Chief of Police of the City of Miami, Florida.

| 18 So. (2nd) 477 | June Term, 1944 |
| June 23, 1944 | Special Division B |
| On Rehearing Aug. 1st, 1944 | |

*Ernest E. Roberts,* for appellants.
*J. W. Watson, Jr.,* for appellee.

PER CURIAM:

Order and decree appealed from reversed on authority of the case of State ex rel. Wilson v. Quigg, 154 Fla. 448, 17 So. (2nd) 697.

BUFORD, C. J., BROWN, CHAPMAN and THOMAS, JJ., concur.